Jeffrey Willis, Esq.
Nevada Bar No. 4797
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       alayton@swlaw.com
*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2;<br><br>Plaintiff,<br><br>vs.<br><br>DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES;<br><br>Defendants. | Case No. 2:17-cv-01493-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO NV WEST SERVICING, LLC, AS TRUSTEE FOR DORRELL TRUST #8993'S MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2 ("U.S. Bank") and Defendant NV West Servicing, LLC, as Trustee for Dorrell Trust #8993 ("Dorrell Trust"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiffs to respond to Dorrell Trust's Motion to Dismiss [ECF Doc. 25] ("Motion"). The current deadline for responses to the Motion is

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1 September 6, 2017, and the Parties have agreed that the new deadline for Plaintiffs should be
2 September 13, 2017.

3 WHEREAS, Plaintiffs require a short extension of time to review the Motion and related
4 documents and evaluate the arguments therein;

5 WHEREAS, Plaintiffs requested, and Dorrell Trust agreed, to extend the time for
6 Plaintiffs to respond to the Motion; and

7 WHEREAS, this request is not made for purposes of delay and is supported by good cause.

8 NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS
9 HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

10 ///
11 ///
12 ///

1. Plaintiffs shall have until September 13, 2017 to respond to the Motion.

2. Dorrell Trust shall have until September 20, 2017 to reply in support of the Motion.

Dated: September 1, 2017

SNELL & WILMER L.L.P.

By: */s/ Alexandria L. Layton*
Jeffrey Willis, Esq.
(NV Bar No. 4797)
Alexandria L. Layton, Esq.
(NV Bar No. 14228)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for Plaintiff*
*U.S. BANK NATIONAL ASSOCIATION,*
*AS TRUSTEE FOR STRUCTURED ASSET*
*SECURITIES CORPORATION*
*MORTGAGE PASS-THROUGH*
*CERTIFICATES, SERIES 2006-BC2*

Dated: September 1, 2017

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD

By: */s/ Adam R. Trippiedi*
Michael F. Bohn, Esq.
(NV Bar No. 1641)
Adam R. Trippiedi, Esq.
(NV Bar No. 12294)
376 East Warm Springs Road, Suite 140
Las Vegas, NV 89119
Telephone: 702-642-3113
Facsimile: 702-642-9766
*Attorneys for Defendant*
*NV WEST SERVICING, LLC, AS*
*TRUSTEE FOR DORRELL TRUST*
*#8993'S*

## **ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 5, 2017.

Respectfully submitted,

SNELL & WILMER L.L.P.

By*: /s/ Alexandria L. Layton*
Jeffrey Willis, Esq. (NV Bar No. 4797)
Alexandria L. Layton, Esq. (NV Bar No. 14228)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*