Jeffrey Willis, Esq.
Nevada Bar No. 4797
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       alayton@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2;<br><br>Plaintiff,<br><br>vs.<br><br>DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES;<br><br>Defendants. | Case No. 2:17-cv-01493-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO G&P ENTERPRISES, LLC DBA ALLIED TRUSTEE SERVICES' MOTION TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2 ("U.S. Bank") and Defendant G&P Enterprises, LLC dba Allied Trustee Services ("Allied"), by and through their respective counsel (collectively the "Parties"), hereby stipulate and agree to extend the time for Plaintiff to respond to Allied's Motion to Dismiss or in the Alternative, For Summary Judgment filed on September 12, 2017 [ECF Doc. 32] ("Motion").

1 The current deadline for responses to the Motion is September 26, 2017, and the Parties have
2 agreed that the new deadline for Plaintiffs should be October 10, 2017.

WHEREAS, Plaintiff requires a short extension of time to review the Motion and related documents and evaluate the arguments therein;

WHEREAS, Plaintiff requested, and Allied agreed, to extend the time for Plaintiffs to respond to the Motion; and

WHEREAS, this request is not made for purposes of delay and is supported by good cause.

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1. Plaintiff shall have until October 10, 2017 to respond to the Motion.

2. Allied shall have until October 24, 2017 to reply in support of the Motion.

| | |
|---|---|
| Dated: September 19, 2017 | Dated: September 19, 2017 |
| SNELL & WILMER L.L.P. | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| By: */s/ Alexandria L. Layton*<br>Jeffrey Willis, Esq.<br>(NV Bar No. 4797)<br>Alexandria L. Layton, Esq.<br>(NV Bar No. 14228)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>*Attorneys for Plaintiff*<br>*U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2* | By: */s/Peter E. Dunkley*<br>Kaleb D. Anderson, ESq.<br>(NV Bar No. 7582)<br>Peter E. Dunkley, Esq.<br>(NV Bar No. 11110)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br>Telephone: 702-382-1500<br>Facsimile: 702-382-1512<br>*Attorneys for Defendant*<br>*G&P ENTERPRISES LLC dba ALLIED TRUSTEE SERVICES* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: September 19, 2017.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Alexandria L. Layton*
Jeffrey Willis, Esq. (NV Bar No. 4797)
Alexandria L. Layton, Esq. (NV Bar No. 14228)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*