Jeffrey Willis, Esq.
Nevada Bar No. 4797
Alexandria L. Layton, Esq.
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
　　　　alayton@swlaw.com
*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2;<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES;<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-01493-JAD-CWH<br><br>**STIPULATION AND ORDER TO AMEND CAPTION** |

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2 ("U.S. Bank") and Defendant G&P Enterprises, LLC dba Allied Trustee Services ("Allied"), by and through their respective counsel (collectively the "Parties"), hereby stipulate to amend the above-mentioned caption for Defendant "Dorrell Trust Pender NV West, Trustee for

Dorrell Trust #8993" to "NV West Servicing, LLC, as Trustee for Dorrell Trust #8993." The party was originally sued as "Dorrell Trust Pender NV West, Trustee for Dorrell Trust #8991," but U.S. Bank filed a Notice of Corrected Image/Document [ECF No. 7].

| Dated: October 12, 2017 | Dated: October 12, 2017 |
|---|---|
| **SNELL & WILMER L.L.P.** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
| By: */s/ Alexandria L. Layton*<br>Jeffrey Willis, Esq.<br>Alexandria L. Layton, Esq.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Plaintiff*<br>*U.S. Bank National Association* | By: */s/ Peter E. Dunkley*<br>Kaleb D. Anderson, Esq.<br>Peter E. Dunkley, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*G&P Enterprises LLC dba*<br>*Allied Trustee Services* |
| Dated: October 12, 2017 | Dated: October 12, 2017 |
| **BOYACK ORME & ANTHONY** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| By*: /s/ Kelley K Blatnik (of counsel)*<br>Edward D. Boyack, Esq.<br>Kelley K. Blatnik, Esq. (of counsel)<br>7432 W. Sahara Avenue, Ste 101<br>Las Vegas, NV 89117<br>*Attorneys for Defendant*<br>*Spinnaker Homes at Centennial Hills Homeowner* | By: */s/ Adam Trippiedi*<br>Michael F. Bohn, Esq.<br>Adam F. Trippiedi, Esq.<br>376 East Warm Springs Road, Suite 140<br>Las Vegas, NV 89119<br>*Attorneys for Defendant*<br>*NV West Servicing, LLC, as Trustee for Dorrell Trust #8993* |

**IT IS SO ORDERED.**

Dated: October 16, 2017.

_____
UNITED STATES DISTRICT JUDGE