Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
       tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2;<br><br>Plaintiff,<br><br>vs.<br><br>DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES;<br><br>Defendants. | Case No. 2:17-cv-01493-JAD-CWH<br><br>**STIPULATION AND ORDER TO LIFT STAY** |

Plaintiff U.S. Bank National Association, as Trustee For Structure Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2 ("U.S. Bank") together with Defendant Dorrell Trust Pender NV West ("Dorrell"), Defendant Spinnaker Homes At Centennial Hills Homeowners' Association ("HOA"), and Defendant Allied Trustee Services ("Allied"), by and through their counsel of record, hereby stipulate and agree as follows:

1     This Court issued an order staying the litigation pending the conclusion of the proceedings before the United States Supreme Court based on a petition for writ of certiorari in *Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016). Order at 3 (ECF No. 53).

    On June 26, 2017, the United States Supreme Court denied the petition for certiorari. 137 S.Ct. 2296 (2017). However, the litigation remained stayed because no party moved to lift the stay in light of the then-pending certified question to the Supreme Court of Nevada regarding the incorporation of certain statues by Chapter 116 of the Nevada Revised Statutes in the case *SFR Investments Pool 1, LLC v. Bank of N.Y. Mellon*, 422 P.3d 1248 (Nev. 2018). That question has now been answered, and there remains no further purpose for the stay.

/ / /

Therefore, the Parties stipulate and agree that this Court should enter an order lifting the stay of this case. The Parties stipulate and agree to file a new discovery plan and scheduling order with this court no later than 21 days after the stay is lifted.

Dated: January 2, 2019

Law Offices of Michael F. Bohn, Esq., Ltd.

By: */s/ Michael Bohn*
 Michael Bohn, Esq. (NV Bar No. 1641)
 2260 Corporate Circle, Ste. 480
 Henderson, NV 89074

*Attorneys for Defendant Dorrell Trust Pender NV West, Trustee for Dorrell Trust #8993*

*(e-signature affixed with permission)*

Dated: January 2, 2019

Lipson Neilson

By: */s/ Peter E. Dunkley*
 Peter E. Dunkley, Esq. (NV Bar No. 11110)
 9900 Covington Cross Drive, Suite 120
 Las Vegas, NV 89144

*Attorneys for Defendant G&P Enterprises, LLC d/b/a Allied Trustee Services*

*(e-signature affixed with permission)*

Dated: January 2, 2019

SNELL & WILMER L.L.P.

By: */s/ Tanya N. Lewis*
 Jeffrey Willis, Esq. (NV Bar No. 4797)
 Tanya N. Lewis, Esq. (NV Bar No. 8855)
 SNELL & WILMER L.L.P.
 3883 Howard Hughes Parkway,
 Suite 1100
 Las Vegas, NV 89169

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2*

Dated: January 2, 2019

Boyack Orme & Anthony

By: */s/ Patrick Orme*
 Patrick Orme, Esq. (NV Bar No. 7851)
 7431 West Sahara Avenue
 Las Vegas, NV 89117

*Attorneys for Defendant Spinnaker Homes at Centennial Hills Homeowners Association*

*(e-signature affixed with permission)*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 3, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: January 2, 2019

*/s/ Susan Ballif*
An Employee of SNELL & WILMER L.L.P.

4847-0743-4884.2