Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
        tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2; <br><br> Plaintiff, <br><br> vs. <br><br> DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES; <br><br> Defendants. | Case No. 2:17-cv-01493-JAD-CWH <br><br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE BRIEFING SCHEDULE AND CONTINUE HEARING** <br><br> **(FIRST REQUEST)** <br><br><br> ECF No. 63 |

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE**

**BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1 and 26-4, U.S. BANK NATIONAL

ASSOCIATION, as Trustee for STRUCTURE ASSET SECURITIES CORPORATION

MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2 ("U.S. Bank"),

Spinnaker Homes at Centennial Hills Association ("HOA"), DORRELL TRUST PENDER NV

WEST, TRUSTEE FOR DORRELL TRUST #8993 ("Dorrell"), and G&P ENTERPRISES, LLC

1  d/b/a ALLIED TRUSTEE SERVICES ("Allied")(collectively, the "Parties"), by and through their

2  respective undersigned counsel of record, submit this Stipulation and Proposed Order to extend

3  the dispositive motion and briefing deadlines in this action, and continue the hearing on the

4  motion for summary judgment, currently set for August 26, 2019 at 4:00 p.m.  This is the

5  Stipulating Parties' first request for extension of the dispositive briefing schedule.

6  Good cause exists to permit the parties this requested extension.  This request to extend

7  the dispositive motion briefing schedule and hearing date is made in good faith, and is not for

8  purpose of delay or prejudice to any party, but to allow all parties to have enough time to brief

9  their dispositive motions, as well as any responses and reply briefs. The parties are also evaluating

10  and discussing a potential settlement. The requested extension will not result in undue delay or

11  prejudice to any party, as the current close of discovery is set for November 4, 2019, and trial has

12  not yet been scheduled.

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

## A. Proposed Schedule for Dispositive Motions

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Response to dispositive motions | July 19, 2019 | August 23, 2019 |
| Reply brief in support of dispositive motion | August 2, 2019 | September 6, 2019 |
| Hearing date on motion | August 26, 2019 at 4:00 p.m. | To be set on or after September 20, 2019. |

Dated: July 3, 2019.

SNELL & WILMER L.L.P.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Tanya N. Lewis*

Jeffrey Willis, Esq. (NV Bar No. 4797)
Tanya N. Lewis, Esq. (NV Bar No. 8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2*

*/s/ Nikoll Nikcoi*

Michael Bohn, Esq.(NV Bar No. 1641)
Nikoll Nikci, Esq. (NV Bar No. 10699
2260 Corporate Circle, Ste. 480
Henderson, NV 89074

*Attorneys for Defendant Dorrell Trust Pender NV West, Trustee for Dorrell Trust #8993*

LIPSON NIELSON

BOYACK ORME & ANTHONY

*/s/ Peter E. Dunkley*

Peter E. Dunkley, Esq. (NV Bar No. 11110)
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant G&P Enterprises, LLC d/b/a Allied Trustee Services*

*/s/ Patrick Orme*

Patrick Orme, Esq. (NV Bar No. 7853)
7431 West Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Defendant Spinnaker Homes at Centennial Hills Homeowners Association*

### ORDER

Based on the parties' stipulation [63] and good cause appearing, IT IS HEREBY ORDERED that the opposition deadline is extended to August 23, 2019, the reply deadline is extended to September 6, 2019, and the hearing on the motion for summary judgment [59] scheduled for August 26, 2019, is VACATED and RESET to October 7, 2019, at 3:30 p.m.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 5, 2019

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200