Jeffrey Willis, Esq.
Nevada Bar No. 4797
Tanya N. Lewis, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jwillis@swlaw.com
　　　　tlewis@swlaw.com

*Attorneys for Plaintiff U.S. Bank National Association,
as Trustee for Structured Asset Securities Corporation
Mortgage Pass-Through Certificates, Series 2006-BC2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2;<br><br>Plaintiff,<br><br>vs.<br><br>DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993; SPINNAKER HOMES AT CENTENNIAL HILLS HOMEOWNERS ASSOCIATION; and G&P ENTERPRISES, LLC d/b/a ALLIED TRUSTEE SERVICES;<br><br>Defendants. | Case No. 2:17-cv-01493-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)**<br><br>ECF No. 65 |

## STIPULATION AND ORDER TO EXTEND DISPOSITIVE BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1 and 26-4, U.S. BANK NATIONAL ASSOCIATION, as Trustee for STRUCTURE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-BC2 ("U.S. Bank"), Spinnaker Homes at Centennial Hills Association ("HOA"), DORRELL TRUST PENDER NV WEST, TRUSTEE FOR DORRELL TRUST #8993 ("Dorrell"), and G&P ENTERPRISES, LLC

1  d/b/a ALLIED TRUSTEE SERVICES ("Allied")(collectively, the "Parties"), by and through their
2  respective undersigned counsel of record, submit this Stipulation and Proposed Order to extend
3  the dispositive motion and briefing deadlines in this action.  There is a hearing on the motion for
4  summary judgment currently set for October 7, 2019 at 3:30 p.m.  At this time, the parties
5  anticipate that this hearing will not need to be moved, unless the Court prefers to reschedule it.
6  This is the Stipulating Parties' second request for extension of the dispositive briefing schedule.

Good cause exists to permit the parties this requested extension.  This request to extend the dispositive motion briefing schedule and hearing date is made in good faith, and is not for purpose of delay or prejudice to any party, but to allow all parties to have enough time to brief their dispositive motions, as well as any responses and reply briefs. The parties are also continuing to evaluate and discuss a potential settlement. If a settlement can be achieved, then further briefing and the hearing will not be required.

The requested extension will not result in undue delay or prejudice to any party, as the current close of discovery is set for November 4, 2019, and trial has not yet been scheduled.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

A. **Proposed Schedule for Dispositive Motions**

| EVENT | EXISTING DEADLINE | NEW DEADLINE |
|---|---|---|
| Response to dispositive motions | August 23, 2019 | September 13, 2019 |
| Reply brief in support of dispositive motion | September 6, 2019 | September 27, 2019 |
| Hearing date on motion | October 7, 2019 at 3:30 p.m. | UNCHANGED |

Dated: July 31, 2019.

| | |
|---|---|
| SNELL & WILMER L.L.P. | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| /s/ Tanya N. Lewis<br>Jeffrey Willis, Esq. (NV Bar No. 4797)<br>Tanya N. Lewis, Esq. (NV Bar No. 8855)<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiff U.S. Bank National Association, as Trustee for Structured Asset Securities Corporation Mortgage Pass-Through Certificates, Series 2006-BC2* | /s/ Nikoll Nikci<br>Michael Bohn, Esq.(NV Bar No. 1641)<br>Nikoll Nikci, Esq. (NV Bar No. 10699<br>2260 Corporate Circle, Ste. 480<br>Henderson, NV 89074<br><br>*Attorneys for Defendant Dorrell Trust Pender NV West, Trustee for Dorrell Trust #8993*<br><br>*(signature added with permission)* |
| LIPSON NIELSON | BOYACK ORME & ANTHONY |
| /s/ Peter E. Dunkley<br>Peter E. Dunkley, Esq. (NV Bar No. 11110)<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant G&P Enterprises, LLC d/b/a Allied Trustee Services*<br>*(signature added with permission)* | /s/ Patrick Orme<br>Patrick Orme, Esq. (NV Bar No. 7853)<br>7431 West Sahara Avenue<br>Las Vegas, NV 89117<br><br>*Attorneys for Defendant Spinnaker Homes at Centennial Hills Homeowners Association*<br>*(signature added with permission)* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8-8-19